**Marc Stephens**
271 Rosemont Place
Englewood, NJ 07631
201-598-6268

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2014 OCT 27 PM 3 59

**October 23, 2014**

Clerk's Office
Martin Luther King, Jr.
US Court House and Federal Building
50 Walnut Street, Room 4015
Newark, NJ 07101

**RE: Civil Complaint – Deprivation of Civil Rights**

To whom it may concern:

I would like to file the attached summons and civil complaint with the United Stated District Court – Newark.

Enclosed please find a copy of the following:

1. Civil Coversheet
2. Fee waiver request – Currently unemployed
3. Summons
4. Complaint

If you have any questions please feel free to contact me via email at marcstephens3@gmail.com, or phone at 201-598-6268. Thanks for your time and assistance.

Respectfully submitted,

**Marc Stephens**
Plaintiff