**EXHIBIT A**



# Department of Police

75 South Van Brunt Street • Englewood, New Jersey 07631

## RECORDS UNIT

**Telephone (201) 568-2731**                                                     **Fax (201) 567-3504**
Dear: Applicant,

Date: June 4, 2013

This letter is to give official notice that your application for the Permit to Purchase a Handgun, has been **DENIED** by the Chief of Police. The reason for the denial was for **Public Health Safety and Welfare.**

By statute (2C:58-4e), you have thirty days to appeal this denial by writing to the Superior Court of Bergen County, requesting a hearing on your denial.

If you choose to appeal this denial to the Superior Court, you must notify the Englewood Police Department Firearms unit, in writing.

*Sgt. George Alston Jr. #140*

_____

Sergeant George Alston, Jr.#140

**EXHIBIT B**

JOHN L. MOLINELLI
BERGEN COUNTY PROSECUTOR
BERGEN COUNTY JUSTICE CENTER
HACKENSACK, NJ 07601
(201/646-2300)

**FILED**

**MAR 06 2014**

EDWARD A. JEREJIAN, J.S.C.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - BERGEN COUNTY

| | |
|---|---|
| IN THE MATTER OF THE APPEAL OF THE DENIAL OF THE APPLICATION BY MARC STEPHENS FOR A FIREARMS PURCHASER IDENTIFICATION CARD AND PERMIT TO PURCHASE A HANDGUN | CIVIL ACTION<br><br>ORDER |

This matter having been brought before the Court on February 14, 2014, by Marc Stephens; in the presence of Bergen County Assistant Prosecutor Ryan Magee, appearing on behalf of the State of New Jersey; and the Court, on de novo review, having heard the testimony, reviewed the evidence, and considered the oral arguments of the parties; and for good cause shown;

IT IS on this 6th day of March, 2014,

**ORDERED** that the application of Marc Stephens for a firearms purchaser identification card and a permit to purchase a handgun is hereby **DENIED** pursuant to the provisions of N.J.S.A. 2C:58-3(C)(5) and for the reasons set forth on the record.

_____
Hon. Edward A. Jerejian, J.S.C.

**EXHIBIT C**

JOHN L. MOLINELLI
BERGEN COUNTY PROSECUTOR
BERGEN COUNTY JUSTICE CENTER
HACKENSACK, NJ 07601
(201/646-2300)

**FILED**

**AUG 07 2014**

EDWARD A. JEREJIAN, J.S.C

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - BERGEN COUNTY

| | |
|---|---|
| IN THE MATTER OF THE APPEAL OF THE DENIAL OF THE APPLICATION BY MARC A. STEPHENS FOR A FIREARMS PURCHASER IDENTIFICATION CARD AND PERMIT TO PURCHASE A HANDGUN | CIVIL ACTION<br><br>Motion for Reconsideration<br><br>**ORDER** |

This matter having been brought before the Court by Marc A. Stephens, with Bergen County Assistant Prosecutor Ryan Magee, on behalf of the State of New Jersey; and the Court, on *de novo* review, having reviewed the evidence, and considered the arguments of the parties; and for good cause shown;

IT IS on this 7th day of ~~June~~ August, 2014,

**ORDERED** that the motion for reconsideration of Marc A. Stephens is hereby **DENIED**.

Hon. Edward V. Jerejian, J.S.C.