AO 240A  (Rev. 01/09; NJ 05/13)   Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br><br>　　　　　Plaintiff,,<br><br>　v.<br><br>THE HON. EDWARD A. JEREJIAN, et al,<br><br>　　　　　Defendants. | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. **14-6688(WJM)** |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐　　**GRANTED**, and

☐　　The clerk is ordered to file the complaint,

☐　　**IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☒　　**DENIED**, for the following reasons: *Incomplete + inadequate financial information*

☐　　**IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$400** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this 30th day of October, 2014.　　　s/ _[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. MARTINI, U.S.D.J.