*14-6668*

# Marc A. Stephens

271 Rosemont Place, Englewood, NJ 07631, 201-598-6268

HON. WILLIAM J. MARTINI, U.S.D.J.

November 6, 2014

NOV 1 2 2014

Honorable Judge William J. Martini
NJ District Court
RECEIVED IN THE CHAMBERS OF

RECEIVED IN THE CHAMBERS OF

## FEE WAIVER REQUEST

NOV 1 2 2014

HON. WILLIAM J. MARTINI, U.S.D.J.

**RE: Marc Stephens vs Edward Jerejian, et el Civil Complaint**

Dear Judge Martini,

On November 5, 2014, I was informed by the Clerk's office of the Denial of my fee waiver request for the case indicated above.  I have enclosed supporting documents regarding my indigence.

Due to dealing with multiple lawsuits and paying legal and court fees, I have <u>exhausted all funds</u>.

1.  I recently dealt with a divorce in California (on file with your chambers), **see EXHIBIT 1**;
2.  I am currently dealing with foreclosure, **see EXHIBIT 2a-b**;
3.  a Civil lawsuit I filed in the Supreme Court of New York for breach of contract, fraud, tortious interference, conversion, etc, **see EXHIBIT 3**, (I was awarded default judgment, but the judge put a stay on all assets, Summary Judgment hearing scheduled for January 21, 2015) and;
4.  a Civil lawsuit in District Court of New Jersey - Newark regarding case **2:14-cv-05362-WJM-MF**.

All of these cases, as well as several prior cases which are detailed in the complaint for case2:14-cv-05362-WJM-MF, I had to pursue pro se because I could no longer afford the legal and court fees, **see EXHIBIT 3 – Remove Counsel for pro se**.

In addition, I am currently unemployed, and unable to work, or go out in public, due to multiple death threats on my life, **see EXHIBIT 4a-b - police report**. I filed the recent lawsuit because the judge denied my firearm application despite the fact that I had <u>no disqualifiers</u>, and I <u>proved justifiable need</u> which two police officers confirmed and testified in court.

Stephens vs Jerejian et al, is also linked to case2:14-cv-05362-WJM-MF, because judge Jerejian stated my firearm application was also denied due to my brother Tyrone Stephens, who is a plaintiff, resides with me.  I proved in my firearm hearing that the detectives framed my brother and his attorneys provided ineffective assistance.

I filed as pro se (1) due to lack of funds; (2) in order to stay clear of running past the statute of limitations.  If my fee waiver is approved, I will immediately reimburse the court once the cases are resolved.

Respectfully Submitted,

Marc Stephens
Plainitff, pro se

# EXHIBIT 1

FL-960

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
— Christopher Wasson, Esq.                    CEN:  236--9
  LAW OFFICES OF ROBERT S. ALTRICH
  5161 Ventura Blvd., Suite 200
  Sherman Oaks, CA  91403
      TELEPHONE: (818) 808-0685    FAX NO: (818) 808-0687
  ATTORNEY FOR (Name): Angelique Stephens

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
    STREET ADDRESS: 111 N. Hill St.
    MAILING ADDRESS:
    CITY AND ZIP CODE: Los Angeles, CA  90112
    BRANCH NAME: CENTRAL DISTRICT

PETITIONER/PLAINTIFF: Angelique Stephens

RESPONDENT/DEFENDANT: Marc Stephens

COPY
FOR COURT USE ONLY

CONFORMED
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 17 2013

Sherri R. Carter, Executive Officer/...

By Teresita Zabalia  Deputy

NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

CASE NUMBER:
BD 565236

1.  In accordance with the provisions of section 285.1 of the Code of Civil Procedure, I withdraw as Attorney of Record for:
    [X] Petitioner      [ ] Respondent

2.  The final judgment of dissolution, legal separation, nullity, parentage, or postjudgment order was entered on (specify date):
    November 26, 2013
    and no motions or other proceedings are pending at this time.

3.  The last known address for the  [X] Petitioner      [ ] Respondent  is:
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4.  The last known telephone number for the [X] Petitioner      [ ] Respondent  is:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5.  I mailed a copy of this Notice of Withdrawal to   [X] Petitioner      [ ] Respondent   at the address set forth in item 3.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 16, 2103

Christopher Wasson, Esq
        (TYPE OR PRINT NAME)                                   ▶ _____
                                                                                (SIGNATURE)

---

### WARNING
### This form may not be used after a status-only judgment.

---

Form Adopted for Mandatory Use
Judicial Council of California
FL-960 [Rev. January 1, 2003]

NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

Code of Civil Procedure, § 285.1
www.courtinfo.ca.gov

Page 1 of 2

Stephens

ESSENTIAL FORMS™

# EXHIBIT 2-a

RECEIVED    TUESDAY 12/24/2013 2:13:38 PM 11318351

FILED Dec 24, 2013

DOUGLAS J. McDONOUGH
DM 035361998

XFZ-184291/eras
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Plaintiff
200 Sheffield Street, Suite 101
Mountainside, NJ 07092-0024
1-908-233-8500

|  |  |
|---|---|
| Nationstar Mortgage LLC d/b/a Champion Mortgage<br>Company | : SUPERIOR COURT OF NEW JERSEY<br>: CHANCERY DIVISION<br>: BERGEN COUNTY<br>: DOCKET NO. |
| Plaintiff, : | F -048329-13 |
| vs. : | Civil Action |
| : | |
| Viola Stephens, his/her heirs, devisees, and personal : | **COMPLAINT** |
| representatives, and his, her, their or any of their : | **FOR** |
| successors in right, title and interest; Mr. Stephens, : | **FORECLOSURE** |
| husband of Viola Stephens; Englewood Hospital and : | |
| Medical Center; United States of America | |

Defendant(s)

Nationstar Mortgage LLC d/b/a Champion Mortgage Company, (hereinafter "plaintiff"), having

its principal place of business at 350 Highland Drive, Lewisville, TX 75067 says:

# EXHIBIT 2-b

SUPERIOR COURT OF NEW JERSEY



SUPERIOR COURT OF NEW
JERSEY CHANCERY DIVISION

BERGEN COUNTY JUSTICE CENTER
Suite 420
HACKENSACK, NJ 07601
(201) 527-2600

September 3, 2014

LETTER ORDER

R. 1:2-6

**FILED**

SEP - 3 2014

**Robert P. Contillo
P.J.Ch.**

<u>VIA REGULAR MAIL AND TELEPHONE</u>

Viola Stephens
271 Rosemont Place
Englewood, NJ 07631

Marc Stephens
Attorney in Fact for Viola Stephens
271 Rosemont Place
Englewood, NJ 07631

<u>VIA FACSIMILE</u>

Todd Marks, Esq.
Zucker, Goldberg & Ackerman, LLC
200 Sheffield Street
Suite 101
Mountainside, NJ 07092

Re:     Nationstar Mortgage v. Stephens, et al.
        Docket No. F-48729-13

Dear Ms. Stephens, Mr. Stephens and Counsel:

A motion to vacate default was filed by or on behalf of Viola Stephens on August 7, 2014 and was opposed by the plaintiff on August 11, 2014. The motion is presently scheduled for September 5, 2014.

No default has yet been entered against Viola Stephens. Accordingly, no motion to vacate is necessary and same shall be deemed withdrawn.

# EXHIBIT 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------------------X

MARC A. STEPHENS, an individual
DOREWAY TRANSPORTATION SERVICES,
LLC,                                                                            Index No. 303056-2013

                        Plaintiff,

              -against-                                               CONSENT TO
                                                CHANGE ATTORNEY

EVAN DORE, an Individual,
JOY HENRY OGUAGUA, an Individual,
and DOREWAY, LLC,

                        Defendant.

-------------------------------------------------------------------X

       We, the undersigned, do hereby consent and agree that RUTKIN & WOLF PLLC,

attorney of record for the Plaintiffs, be changed and that MARC A. STEPHENS

INDIVIDUALLY AND ON BEHALF OF DOREWAY TRANSPORTATION

SERVICES, LLC, residing at 600 East Palisades Avenue, Englewood Cliffs, NJ 07632 be

substituted PRO SE, in the place and stead of RUTKIN & WOLF PLLC

Dated: Bronx, New York
         April 11, 2014


RUTKIN & WOLF LLP
By: Jason M. Wolf, Esq.
Outgoing Attorney for Plaintiff

_____
MARC A STEPHENS

# EXHIBIT 4-a

**ENGLEWOOD POLICE**          **INVESTIGATION REPORT**
75 SOUTH VAN BRUNT STREET                                                         Municipal Code: 0215
201-568-2700                                                                      ORI: NJ0021500
ENGLEWOOD, NJ 07631

| DEPARTMENT CASE NUMBER | MUN. CODE | PHONE NUMBER | UCR | DEPARTMENT ARREST NUMBER | |
|---|---|---|---|---|---|
| I-2014-002911 | 0215 | 201-568-2700 | | | |

| CRIME/INCIDENT | | NJS | | VICTIM NAME(Last Name, First Name, MI) | | | | DOB |
|---|---|---|---|---|---|---|---|---|
| HARASSMENT | | 2C:33-4 | | STEPHENS, MARC ANTHONY | | | | 08/31/1973 |
| STALKING | | 2C:12-10 | | | | | | |

| | | | | SSN NO | AGE | SEX | RACE | ETHNICITY |
|---|---|---|---|---|---|---|---|---|
| | | | | 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 | 40 | M | B | N |

| DATE | BETWEEN | HOUR | MONTH | DAY | YEAR | VICTIM'S HOME ADDRESS | PHONE |
|---|---|---|---|---|---|---|---|
| AND | ☑ | 12:00 | 05 | 12 | 2012 | 271 ROSEMONT PL, ENGLEWOOD NJ 07631 | |
| TIME | | 15:45 | 02 | 11 | 2014 | | 562-843-9398 |

| CRIME/INCIDENT LOCATION | | | | EMPLOYER | PHONE |
|---|---|---|---|---|---|
| 271 ROSEMONT PL, ENGLEWOOD NJ 07631 | | | | MAS ACQUISITIONS | |

| MUNICIPALITY | COUNTY | CODE | PERSON REPORTING CRIME | DATE AND TIME |
|---|---|---|---|---|
| ENGLEWOOD CITY | BERGEN | 0215 | STEPHENS, MARC A | 02/11/2014 20:36 |

| TYPE OF PREMISES | WEAPONS - TOOLS | ADDRESS | PHONE |
|---|---|---|---|
| Dwelling | | 271 ROSEMONT PLACE, ENGLEWOOD NJ 07631-3807 | 562-843-9398 |

**MODUS OPERANDI**
VICTIM ALLEGES NUMEROUS INCIDENTS IN WHICH HE IS THE VICTIM OF STALKING AND HARASSMENT BY AN ORGANIZED GROUP WHO IS RETALIATING AGAINST HIM FOR WORK RELATED MATTERS. .

| VEHICLE | YEAR | MAKE | MODEL | BODY TYPE | COLOR | REG. PLATE -STATE | VIN | VEHICLE VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| VALUE STOLEN PROPERTY | CURRENCY | JEWELRY | FURS | CLOTHING | AUTO | MISC. |
|---|---|---|---|---|---|---|
| | | | | | | |

| TOTAL VALUE STOLEN | TOTAL VALUE RECOVERED | TELETYPE ALARM | TECHNICAL SERVICES | TECHNICAL AGENCY |
|---|---|---|---|---|
| | | | | |

| WEATHER | SIC | NIC | ASSISTING AGENCIES |
|---|---|---|---|
| | | | |

| NO. OF ACCUSED | ADULT | JUVENILE | STATUS CRIME | STATUS CASE | UCR STATUS | DATE CLEARED |
|---|---|---|---|---|---|---|
| | | | | | | |

**NARRATIVE**

2014-000193

On 02/11/14 at 1545 hours I interviewed Marc A. Stephens regarding various incidents which he alleges occurred from December 2011 through the date of this report. Stephens' claims were documented in his application for a Firearms Purchaser Identification Card and Handgun Purchase Permit. I was asked by Detective Captain Tim Torell to ascertain whether any of these incidents were reported to the Englewood Police Department and if so the results of any investigations that took place.

Marc Stephens explained that the following incidents occurred within the City of Englewood:
(1) On an ongoing basis his residence is "bugged" resulting in his conversations being monitored, as is the case with his cellular phone.
(2) His computers have been attacked with various viruses and tracking devices have been installed.
(3) On or about May 12, 2012 a woman knocked on his door and asked him if he wanted the "dead wood" in his backyard. Because there was no dead wood in his yard he believes she was there to harass or intimidate him.
(4) Approximately two weeks after the incident with the dead wood, a man knocked on his door and asked him if he was interested in buying steaks. Because this is not customary he believes this individual was there to harass or intimidate him.
(5) In September of 2012 all four tires on his vehicle were slashed while the vehicle was parked in the driveway. Stephens stated that he had to replace all four tires but did not provide me with any documentation to confirm said repairs.
(6) In December of 2012 a statue located in his front yard was discovered with the head chopped off.
(7) In June of 2013 Stephens' cell phone rang at 2:00 AM, the phone number displayed was that of the school his niece and nephew attend, which is located in South Jersey. Because he has no affiliation whatsoever with this school he feels this was a message sent to indicate that his family was in danger. The children were...

| NAME | DATE OF REPORT | REVIEWED BY | | SIGNATURE |
|---|---|---|---|---|
| DETECTIVE SERGEANT PULICE, FRED 169 | 02/11/2014 | A/DETECTIVE CAPTAIN TORELL, TIMOTHY | 120 | |

# EXHIBIT 4-b

## ENGLEWOOD POLICE                        INVESTIGATION REPORT

75 SOUTH VAN BRUNT STREET
201-568-2700
ENGLEWOOD, NJ 07631

Municipal Code: 0215
ORI: NJ0021500

INCIDENT # : I-2014-002911

not harmed and according to Stephens no emergency existed at their school.
(8) In July of 2013 an individual was parked in front of his residence and taking photographs of the house. When confronted this individual stated that he was working for "the mortgage company." When asked the name of the         mortgage company the individual could not provide the correct answer. Stephens called the mortgage company       who could not confirm that they sent someone to the house to take photographs. He believes this individual was             there to harass or intimidate him.
(9) On July 11, 2013, Stephens observed a white van with tinted windows parked outside his residence. When the         operator of the van observed Stephens at the front door the van quickly fled the area.
(10) On July 11, 2013, Stephens received numerous calls on his cell phone from an unknown voice stating that his funeral   would be coming soon. Stephens was unable to provide me with voice mail messages or a phone number from which the calls originated.
(11) On August 1, 2013, a dead raccoon which had been stabbed multiple times was found on his rear porch.

I asked Marc Stephens if he reported any of these incidents to the Englewood Police at the time they occurred. Stephens explained that he did not for two reasons. The first reason is because every time he had reported an incident to the police, the "Skeptic Society" has retaliated, specifically by killing his mother-in-law in April of 2012 and his wife's grandmother in February of 2013. The second reason is that he believes the "Skeptic Society" has infiltrated all law enforcement agencies and as such contacting the police would certainly result in further retaliation. I conducted an internet search on Indira Hale-Tucker and Helene Hale in an effort to determine if their death was a result of a crime. I discovered that both women died of natural causes at the ages 68 and 94 respectively.

Stephens stated that on January 10, 2013 he informed Sergeant George Alston of the Englewood Police Department of his situation and Alston told him that Police Officers are "not responsible for individuals being harassed or whose life has been threatened." I asked Sergeant Alston about Stephens' claim that he attempted to report these incidents to him on January 10, 2013. Sergeant Alston stated that he asked Stephens why he never reported these incidents at which time Stephens stated that he did not want to make police reports because the Skeptic Society would find out and retaliate against him and his family. Sergeant Alston told me that he also instructed Stephens to report any further incidents.

Due to the time which has elapsed since these incidents and the lack of specific details provided an investigation into these incidents at this time is not possible. A check of the Englewood Police records management system did not reveal any similar incidents being reported during the same time period as the incidents listed above. In addition no records of any reports made by Marc Stephens were located.

Marc Stephens also reported numerous other incidents which took place outside the jurisdiction of Englewood, including New York, California and Hawaii. I explained that these incidents should be brought to the attention of the Court by notifying Assistant Prosecutor Ryan Magee because I do not have jurisdiction in these matters. Stephens also explained that many threats have been made by email and in blogs on various websites. I again instructed him to bring these threats to the attention of the Court by notifying Assistant Prosecutor Ryan Magee.

| RANK | SIGNATURE OF OFFICER SUBMITTING REPORT | COMMAND | BADGE NUMBER |
|------|----------------------------------------|---------|--------------|
| DETECTIVE SERGEANT PULICE, FRED | | | 169 |

**NOTICE OF WAGE GARNISHMENT AND LIEN INVESTIGATION**
**REQUEST FOR IMMEDIATE ACTION - TIME SENSITIVE**

# FOLLOW UP NOTICE

Marc Stephens
271 Rosemont Pl
Englewood, NJ 07631-3807

**Notice Date: 10/23/2014**
**File Number: RFIL10232014**
**Help Phone Number: 800-595-1592**

Dear Marc Stephens,

This is a follow up letter for Marc Stephens. A lien has been
issued by State Of California, this letter is to notify you that a
wage garnishment and/or tax lien investigation may follow.

You have previously been notified that the State Of California has
placed a lien in the amount of $5,373 in the name of Marc Stephens
on 1/28/2013. That demand for payment has yet to be satisfied and
as of 10/23/2014 remains unpaid.

As provided by the Taxing Authority, this lien has been placed on
all property and rights to property in the name of Marc Stephens
for the amount of taxes, additional penalties, interest and other
costs.

It is in your best interest to contact the Help Phone Number at
800-595-1592, reference file number RFIL10232014.

If you believe that this is an error or that you do not owe the
lien recorded, call 800.316.3092 to have this verified. **If your
taxes have been paid, you can disregard this notice.**

**For Help, Call 800-595-1592 Today**
**Hours: Monday - Friday 6am - 6pm**

(1) Information obtained from public record sources. Rates and terms are subject to change without notice.
This product is not affiliated with any government agency and this offer is not being made or endorsed
by any agency of the government. Not available in all states.

