CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2014 DEC 1 PM 3 58

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I __MARC STEPHENS__ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**Public Access to Court Electronic Records.**) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: __MARCSTEPHENS3@GMAIL.COM__

My case number is: __2:14-CV-06688-WJM-MF__

__[signature]__
Signature of Litigant

__271 ROSEMONT PLACE__
Mailing Address

__ENGLEWOOD, NJ 07631__
City, State, Zip Code

__201-598-6268__
Telephone Number

Date: __11/25/14__

M STEPHENS
271 Rosemont Pl
Englewood, NJ 07631

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2014 DEC 1 PM 3 58

Clerk's office
Martin Luther King JR
US Court House & Federal Building
Room 4015
50 Walnut Street
Newark, NJ 07101