NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARC A. STEPHENS,** | Docket No.: 14-cv-6688 |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| **THE HONORABLE EDWARD A. JEREJIAN,** *et al.*, | |
| Defendants. | |

On October 27, 2014, Plaintiff *pro se* filed an IFP application. On October 31, 2014, the Court denied the application on the basis of incomplete and inadequate financial information, and the case was closed.

On November 12, 2014, Plaintiff filed a "fee waiver request." In this request, Plaintiff made various representations about the nature of his indigence. These include a divorce, a foreclosure, the cost of two civil lawsuits, and an inability to work or go out in public due to alleged multiple threats to his life.

Plaintiff represented that he will win one of the lawsuits and would be willing to reimburse the court a filing fee when he collects his judgment. The court has no procedure for granting a plaintiff's request to file now and pay later. Nor would it be prudent to create one because the Plaintiff cannot guarantee that he will collect a judgment or otherwise be able to pay at a later time.

Moreover, the request is denied due to the Plaintiff's failure to plead a plausible cause of action. The Plaintiff attached no complaint to his IFP application. From the "fee waiver request" and attached documents, it appears that Plaintiff is

challenging a state court decision to affirm denial of a firearms license. It appears from the "fee waiver request," that the application was probably denied because Plaintiff lived with a convicted felon. Due to the Plaintiff's failure to attach a Complaint, and the fact that the denial of the firearms application was likely justified,

**IT IS** on this 9th day of December, 2014 hereby

**ORDERED** that Plaintiff's IFP "fee waiver request" is denied; and it is further

**ORDERED** that the case shall remain closed.

/s/ William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**

2