

Clerks Office
Martin Luther King JR
U.S. Courthouse
50 Walnut Street, room 4015
Newark, NJ 07101