UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

MARC A. STEPHENS,                     2:14-CV-6688 WJM

       Plaintiff,

v.                                    **O R D E R**

THE HONORABLE EDWARD A. JEREJIAN,
et al,

       Defendants.

---

    This matter was originally dismissed on October 31, 2014 due to the deficiencies in Plaintiff's In Forma Pauperis application. On November 12, 2014 Plaintiff filed a "Fee Waiver Request" which was denied on December 9, 2014 for failure to attach a complaint. Plaintiff submitted the appropriate filing fee of $400 on December 22, 2014 accompanied by an amended complaint, therefore

    It is on this 12th day of January, 2015

    ORDERED that this matter be reopened and the Clerk of Court is directed to issue Summons and forward to Plaintiff for service pursuant to Fed.R.Civ.P 4(c).

                                 /s/ William J. Martini

                              WILLIAM J. MARTINI, U.S.D.J.