JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendants The Hon. Edward A. Jerejian and John Jay Hoffman

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609)633-7786
     adam.gibbons@dol.lps.state.nj.us

```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF NEWARK
```

| | | |
|---|---|---|
| MARC A. STEPHENS, | : | HON. WILLIAM J. MARTINI, U.S.D.J. |
| Plaintiff, | : | Civ. Action No.: 14-06688 (WJM-MF) |
| v. | : | |
| THE HON. EDWARD A. JEREJIAN, et al., | : | **ENTRY OF APPEARANCE** |
| Defendants. | : | |

   Kindly enter my appearance on behalf of Defendants The Hon. Edward A. Jerejian and John Jay Hoffman, with regard to the above matter.

                         JOHN J. HOFFMAN
                         ACTING ATTORNEY GENERAL OF NEW JERSEY

                    By:  /s/ Adam Robert Gibbons
                         Adam Robert Gibbons
                         Deputy Attorney General
                         Attorney ID # 093732014

Dated: January 29, 2015