JOHN J. HOFFMAN
Acting Attorney General of New Jersey
Attorney for Respondent
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

Attorney for Defendants the Honorable Edward A. Jerejian and
John Jay Hoffman

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609) 633-7786

              UNITED STATES DISCTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                   NEWARK VICINAGE


MARC A. STEPHENS,              )     HON. WILLIAM J. MARTINI, U.S.D.J.

          Plaintiff,           )
                                     Docket No. 14-06688
     v.                        )

THE HONORABLE EDWARD A.        )
JEREJIAN, in his
Official Capacity as           )
Judge of the Superior
Court of Bergen County;        )     **APPLICATION FOR AN EXTENSION OF**
CHIEF ARTHUR O'KEEFE, as             **TIME TO ANSWER, MOVE OR OTHERWISE**
an individual, and in          )     **REPLY, PURSUANT TO** L.Civ.R. **6.1(b)**
his Official Capacity as
Chief of the Englewood,        )
New Jersey Police
Department                     )
JOHN JAY HOFFMAN in his
Official Capacity as           )
Attorney General of New
Jersey                         )

          Defendants.          )


     Application is hereby made for a Clerk's Order extending for

fourteen days the time within which Defendants, the Honorable

Edward A. Jerejian and John Jay Hoffman, may answer, move or otherwise reply to Plaintiff's Amended Complaint.  In support of this application, it is represented that:

      1.   No previous extension has been obtained; and

      2.   Defendants, the Honorable Edward A. Jerejian and John Jay Hoffman waived service on January 30, 2015.  Defendants' time to answer, move or otherwise reply to Plaintiff's Amended Complaint currently expires on March 31, 2015.

                    JOHN J. HOFFMAN
                    ACTING ATTORNEY GENERAL
                    OF NEW JERSEY

            By:  /s/ Adam Robert Gibbons_____
                    Adam Robert Gibbons
                    Deputy Attorney General

Dated: March 27, 2015

    The above application is ORDERED GRANTED and the time within which to answer, move, or otherwise reply to Plaintiff's Amended Complaint on behalf of Defendants, the Honorable Edward A. Jerejian and John Jay Hoffman, is extended to April 14, 2015.

                    WILLIAM T. WALSH, CLERK

            By:  _____
                    Deputy Clerk