JOHN J. HOFFMAN
Acting Attorney General of New Jersey
Attorney for Respondent
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

Attorney for Defendants the Honorable Edward A. Jerejian and John Jay Hoffman

By:   Adam Robert Gibbons
      Deputy Attorney General
      (609) 633-7786

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| MARC A. STEPHENS, | ) | HON. WILLIAM J. MARTINI, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | Docket No. 14-06688 |
| v. | ) | |
| | ) | |
| THE HONORABLE EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; | ) | |
| CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department | ) | **CERTIFICATION OF SERVICE** |
| JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey | ) | |
| Defendants. | ) | |

    I certify that the attached Clerks Extension of Time to Answer on behalf of Defendants, the Honorable Edward A. Jerejian

and John Jay Hoffman, and Certification of Service were filed electronically with the Clerk of the United States District Court and that copies of these documents will be sent via regular mail to:

    Marc A. Stephens
    271 Rosemont Place
    Englewood, NJ 07631

In addition, copies were emailed to Marc A. Stephens at marcstephens3@gmail.com.

                        JOHN J. HOFFMAN
                        ACTING ATTORNEY GENERAL
                        OF NEW JERSEY

               By:  /s/ Adam Robert Gibbons
                    Adam Robert Gibbons
                    Deputy Attorney General

Dated: March 27, 2015