```
JOHN J. HOFFMAN
Acting Attorney General of New Jersey
Attorney for Respondent
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

Attorney for Defendants the Honorable Edward A. Jerejian and
John Jay Hoffman

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609) 633-7786
```

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| MARC A. STEPHENS, | ) | HON. WILLIAM J. MARTINI, U.S.D.J. |
| Plaintiff, | ) | |
| | | Docket No. 14-06688 |
| v. | ) | |
| | | |
| THE HONORABLE EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey | ) ) ) ) ) ) ) ) ) ) ) ) ) | **DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(1) AND 12(b)(6)** |
| Defendants. | ) | |

_____

TO:   Clerk of the Court

     Marc A. Stephens
     271 Rosemont Place
     Englewood, NJ 07631

PLEASE TAKE NOTICE that on May 4, 2015, the undersigned John J. Hoffman, Acting Attorney General of New Jersey, by Adam Robert Gibbons, Deputy Attorney General, as Attorney for Defendants, the Honorable Edward A. Jerejian, J.S.C., and John Jay Hoffman, shall move before the Honorable William J. Martini, U.S.D.J., in Federal District Court for the District of New Jersey (Newark), for an Order dismissing Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Defendants will rely on the brief, which is being filed simultaneously with this Notice of Motion.

A proposed form of Order is attached hereto.


                                JOHN J. HOFFMAN
                                ACTING ATTORNEY GENERAL OF NEW JERSEY


                        By: /s/ Adam Robert Gibbons
                              Adam Robert Gibbons
                              Deputy Attorney General
                              Attorney ID # 093732014


Dated:   April 8, 2015