```
JOHN J. HOFFMAN
Acting Attorney General of New Jersey
Attorney for Respondent
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
```

Attorney for Defendants the Honorable Edward A. Jerejian and John Jay Hoffman

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609) 633-7786

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| MARC A. STEPHENS, | ) | HON. WILLIAM J. MARTINI, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | Docket No. 14-06688 |
| v. | ) | |
| THE HONORABLE EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department | ) ) ) ) ) ) ) ) | **ORDER** |
| JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey | ) ) ) | |
| Defendants. | ) | |

_____

THIS MATTER having come before the Court on motion of John J. Hoffman, Acting Attorney General of New Jersey, by Adam Robert Gibbons, Deputy Attorney General, on behalf of Defendants, the Honorable Edward A. Jerejian, J.S.C., and John Jay Hoffman, on a Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and the Court having considered the papers submitted herein, and for good cause shown;

IT IS on this ____ day of _____, 2015;

ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is granted and Plaintiff's Amended Complaint is dismissed with prejudice.

 

                                                    _____
                                                    HON. WILLIAM J. MARTINI, U.S.D.J.