JOHN J. HOFFMAN
Acting Attorney General of New Jersey
Attorney for Respondent
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

Attorney for Defendants the Honorable Edward A. Jerejian and John Jay Hoffman

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609) 633-7786

UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | | |
|---|---|---|
| MARC A. STEPHENS, | ) | HON. WILLIAM J. MARTINI, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | Docket No. 14-06688 |
| v. | ) | |
| THE HONORABLE EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CERTIFICATION OF SERVICE** |
| Defendants. | ) | |

_____

I hereby certify that Defendants' Notice of Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants' brief in support, proposed form of Order, and the Certification of Service, on behalf of Defendants, the Honorable Edward A. Jerejian, J.S.C., and John Jay Hoffman, were electronically filed with the Clerk of the United States District Court, and that copies were sent to Plaintiff, Marc A. Stephens via CM/ECF.

        JOHN J. HOFFMAN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Adam Robert Gibbons
    Adam Robert Gibbons
    Deputy Attorney General
    Attorney ID # 093732014

DATED: April 8, 2015