

## State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | JOHN J. HOFFMAN<br>*Acting Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | JEFFREY S. JACOBSON<br>*Director* |

April 27, 2015

Hon. William J. Martini, U.S.D.J.
Martin Luther King Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:  <u>Marc A. Stephens v. The Honorable Edward A. Jerejian, et al.</u>
            Docket No. 14-6688

Dear Judge Martini,

    I represent the Honorable Edward A. Jerejian, J.S.C., and Acting Attorney General John Jay Hoffman in the above captioned matter. Please accept this letter as my formal request for an extension of time to file Defendants' reply brief in support of their motion to dismiss. Per your April 10, 2015, scheduling order, Defendants' reply brief was due April 27, 2015. Plaintiff has given his consent for this extension.

    I am requesting an extension of two weeks to file Defendants' brief in reply. If so granted, Defendants' reply brief will be due no later than May 11, 2015.



```
                                              April 27, 2015
                                                    Page 2
```

Thank you for your consideration in this matter.

```
                          Respectfully submitted,

                          JOHN J. HOFFMAN
                          ACTING ATTORNEY GENERAL OF NEW JERSEY


                    By:   /s/ Adam Robert Gibbons
                          Adam Robert Gibbons
                          Deputy Attorney General
                          Attorney ID # 093732014
```

CC: Marc Stephens
    271 Rosemont Place
    Englewood, NJ 07631
    (via overnight mail and email)