## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS, Plaintiff, v.<br><br>THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department<br>JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey<br>Defendants | CASE NO. 2:14-cv-06688-WJM-MF<br><br>**NOTICE OF PLAINTIFF'S REPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that on May 4, 2015, or an alternate date as to be set by the Court, Plaintiffs Marc Stephens, shall move before the Hon. William J. Martini, United States District Judge, at the Martin Luther King Jr., Federal Building and United States Courthouse, 50 Walnut Street, Newark, New jersey, for entry of an Order: (1) to grant plaintiff's reply brief in opposition to defendant's motion to dismiss, (2) deny Defendants' Motion to Dismiss, and (3) grant such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, plaintiffs will rely upon the brief which is submitted herewith. A proposed form of Order is also submitted herewith.

Respectfully submitted,

_____
Marc Stephens
Plaintiff
201-598-6268

Dated: April 15, 2015

APR 24 2015
/205 P

# Marc A. Stephens

271 Rosemont Place, Englewood, NJ 07631, 201-598-6268

April 15, 2015

Clerk's Office
Martin Luther King, Jr.
U.S. Courthouse and Federal Building
50 Walnut Street
Newark, NJ 07101

**RE: Marc Stephens vs Edward Jerejian, et el Civil Complaint 2:14-cv-06688-WJM-MF**

Dear Clerk,

Enclosed please find:
1. Notice of Plaintiff's Motion in Opposition
2. Plaintiff's Brief in Opposition
3. Table of Content
4. Proposed Order

Respectfully submitted,

Marc Stephens
Plaintiff
201-598-6268

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2015, I mailed a copy to the Clerk of Court who will then file the attached documents using the CM/ECF system, which will then send a notification to the following:

Adam Robert Gibbons, DAG: Adam.Gibbons@dol.lps.state.nj.us