UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department<br>JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey<br>Defendants | CASE NO. 2:14-cv-06688-WJM-MF<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court upon the Motion of Plaintiffs Marc Stephens seeking an Order <u>denying</u> defendants Motion to Dismiss, and the Court having considered the papers submitted in opposition to the within Motion, and the Court having considered Oral argument of the parties, if any, and for other and good cause having been shown,

**IT IS** on the _____ day of _____, 2015,

**ORDERED** that Defendants' Motion to Dismiss the Plaintiff's amended complaint is hereby **DENIED**, and it is further

**ORDERED** that Plaintiffs' brief in opposition to Defendants' Motion to Dismiss the Plaintiff's amended complaint is hereby **GRANTED**, and it is further

**ORDERED** that defendant provide plaintiffs with an answer to the amended complaint within 10 days.

_____
Hon. William J. Martini, U.S.D.J