```
JOHN J. HOFFMAN
Acting Attorney General of New Jersey
Attorney for Respondent
R. J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625

Attorney for Defendants the Honorable Edward A. Jerejian and
John Jay Hoffman

By:  Adam Robert Gibbons
     Deputy Attorney General
     (609) 633-7786
```

                    UNITED STATES DISCTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY
                            NEWARK VICINAGE

| | | |
|---|---|---|
| MARC A. STEPHENS, | ) | HON. WILLIAM J. MARTINI, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | Docket No. 14-06688 |
| v. | ) | |
| | | |
| THE HONORABLE EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CERTIFICATION OF SERVICE** |
| Defendants. | ) | |

_____

I hereby certify that Reply Brief in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and the Certification of Service, on behalf of Defendants, the Honorable Edward A. Jerejian, J.S.C., and John Jay Hoffman, were electronically filed with the Clerk of the United States District Court, and that copies were sent to Plaintiff, Marc A. Stephens via CM/ECF.

                                          JOHN J. HOFFMAN
                                        ACTING ATTORNEY GENERAL OF NEW JERSEY

                              By: /s/ Adam Robert Gibbons
                                  Adam Robert Gibbons
                                  Deputy Attorney General
                                  Attorney ID # 093732014

DATED: May 11, 2015