NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARC A. STEPHENS,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**THE HONORABLE EDWARD A. JEREJIAN,** in his Official Capacity as Judge of the Superior Court of Bergen County; **CHIEF ARTHUR O'KEEFE,** as an individual, and in his Official capacity as Chief of the Englewood, New Jersey Police Department; **JOHN J. HOFFMAN,** in his Official Capacity as Attorney General of New Jersey<br><br>　　　　**Defendants.** | Civ. No. 14-6688 (WJM)<br><br>**ORDER** |

　　This matter comes before the court on Defendants' motion to dismiss Plaintiff's Amended Complaint. For the reasons set forth in the accompanying opinion,

　　**IT IS** on this 4 day of August 2015 hereby

　　**ORDERED** that Defendants' motion is granted and all of Plaintiff's claims are **DISMISSED WITH PREJUDICE;** and it is further

　　**ORDERED** that judgement is entered in Defendants' favor.

2

/s/ William J. Martini

_____
**WILLIAM J. MARTINI, U.S.D.J.**

2