UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br>v.<br><br>THE HON. EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County;<br>CHIEF ARTHUR O'KEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department<br>JOHN JAY HOFFMAN in his Official Capacity as Attorney General of New Jersey<br>Defendants | CASE NO. 2:14-cv-06688-WJM-MF<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that, Marc Stephens, plaintiff in above named case, appeals to the United States Court of Appeals for the Third Circuit from Order of the United States District Court, District of New Jersey, entered in this action on August 4, 2015, granting defendants motion for summary judgment and entering judgment in favor of defendants, November 13, 2015, order denying plaintiff's first motion for reconsideration and to amend the complaint, and December 1, 2015 denying plaintiff's second motion for reconsideration and to amend the complaint.

Dated: December 11, 2015

*[signature]*

Marc Stephens, Pro se
Plaintiff-Appellant
271 Rosemont Place
Englewood, NJ 07631
201-598-6268



RECEIVED
DEC 15 2015
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Clerk's office
US Courthouse & Fed Building
50 Walnut street
Newark NJ 07102