# Marc A. Stephens

271 Rosemont Place, Englewood, NJ 07631, 201-598-6268

December 11, 2015

Clerk's Office
Martin Luther King, Jr.
U.S. Courthouse and Federal Building
50 Walnut Street
Newark, NJ 07101

**RE: Marc Stephens vs Edward Jerejian, et el Civil Complaint 2:14-cv-06688-WJM-MF**

Dear Clerk,

Enclosed please find:

1. Notice of Appeal
2. ~~Civil Appeal Information Statement~~
3. ~~Concise Summary of the Case~~
4. ~~Court Orders and Opinions~~
5. Motion to proceed in Forma Pauperis
6. Affidavit to Appeal in Forma Pauperis with Exhibits A-F.

Respectfully submitted,

Marc Stephens
Plaintiff
201-598-6268

**RECEIVED**

DEC 15 2015

AT 8:30_____M
WILLIAM T. WALSH, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2015, I mailed a copy to the Clerk of Court who will then file the attached documents using the CM/ECF system, which will then send a notification to the following:

Adam Robert Gibbons, DAG: Adam.Gibbons@dol.lps.state.nj.us