BLD-275

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3992
_____

MARC A. STEPHENS, Appellant

v.

THE HONORABLE EDWARD A. JEREJIAN, in his Official Capacity as Judge of the Superior Court of Bergen County; CHIEF ARTHUR OKEEFE, as an individual, and in his Official Capacity as Chief of the Englewood, New Jersey Police Department; ATTORNEY GENERAL OF THE STATE OF NEW JERSEY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. No. 2-14-cv-06688)
District Judge:  Honorable William J. Martini
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
June 3, 2016

Before: FUENTES, KRAUSE and SCIRICA, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) or summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on June 3, 2016.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the within appeal is dismissed in part for lack of appellate jurisdiction, and in all other respects the judgment of the District Court entered December 1, 2015, be and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

                ATTEST:

                s/Marcia M. Waldron
                Clerk

DATED: June 16, 2016