UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE HONORABLE EDWARD A. JEREJIAN, in his official capacity as Judge of the Superior Court of Bergen County; CHIEF ARTHUR O'KEEFE, in his individual and official capacity as Chief of the Englewood, New Jersey Police Department; JOHN JAY HOFFMAN in his official capacity as the Attorney General of New Jersey,<br><br>　　　　　Defendants. | Civ. No. 2:14-CV-06688 (WJM)<br><br>ORDER |

**THIS MATTER** comes before the Court on plaintiff Marc A. Stephens' ("Plaintiff") motion to reopen. ECF No. 31. For the reasons set forth in the accompanying Opinion, **IT IS** on this 17th day of January 2023, **ORDERED** that Plaintiff's motion to reopen is **DENIED**.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM J. MARTINI, U.S.D.J.